| | |
|---|---|
| **From:** | Matthew McHenry |
| **To:** | Mary Austad |
| **Cc:** | Bodell, Ethan (USAOR); Ho, Andrew (USAOR) |
| **Subject:** | Fwd: 3:24-cr-00075-IM USA v. Steward, Withdrawing motion for reduced sentence |
| **Date:** | Friday, September 26, 2025 11:35:18 AM |
| **Attachments:** | attachment.png |

**CAUTION - EXTERNAL:**

Hi Mary,

Sorry to bug you with this! I got an out of office email from Jacob directing me to Jen, then one from Jen directing me to you. I don't know if this needs immediate assistance, but I have a filing deadline today so out of an abundance of caution I am bugging you about it. I need to withdraw a pending motion for reduced sentence in the above referenced case (see below). The government has no objection. Should I file a motion or can this be done with a minute order?

Thanks!

Matt

**MATTHEW MCHENRY**
PARTNER, ATTORNEY AT LAW
LEVINE & MCHENRY



1050 SW SIXTH AVENUE, SUITE 1414, Portland, OR 97204
Phone: 503.546.3927
www.levinemchenry.com

This message is intended for the use of the individual or entity to whom it is addressed and may contain attorney-client communications or work-product information that is privileged, confidential, and exempt from disclosure under applicable law which may include the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If you are not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this e-mail in error, please notify my office immediately by reply e-mail or by telephone at 503.546.3927 and immediately delete/destroy this message and all attachments without further review or distribution. Thank you.

> Begin forwarded message:
>
> **From:** Matthew McHenry <matthew@levinemchenry.com>
> **Subject: 3:24-cr-00075-IM USA v. Steward, Withdrawing motion for reduced sentence**
> **Date:** September 26, 2025 at 11:31:48 AM PDT
> **To:** Jennifer Paget <Jennifer_Paget@ord.uscourts.gov>
> **Cc:** "Ho, Andrew (USAOR)" <Andrew.Ho@usdoj.gov>, "Bodell, Ethan (USAOR)" <Ethan.Bodell@usdoj.gov>
>
> Hi Jen,
>
> See my email to Jacob below re: withdrawing a motion for reduced sentence. Can we do it with a minute order?
> **MATTHEW MCHENRY**
> PARTNER, ATTORNEY AT LAW
> LEVINE & MCHENRY
>
> 
>
> 1050 SW SIXTH AVENUE, SUITE 1414, Portland, OR 97204
> Phone: 503.546.3927
> www.levinemchenry.com
>
> This message is intended for the use of the individual or entity to whom it is addressed and may contain attorney-client communications or work-product information that is privileged, confidential, and exempt from disclosure under applicable law which may include the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If you are not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this e-mail in error, please notify my office immediately by reply e-mail or by telephone at 503.546.3927 and

**EXHIBIT 1**